SAMUEL T. CARROW v. THE BOARD OF COMMISSIONERS OF
BEAUFORT COUNTY.

(For the Syllabus, see the next preceding case of *French* and *McRae* v.
*The Commissioners of New Hanover*, ante, page 692 )

CIVIL ACTION for an Injunction, heard before *Moore, J.*, at
Fall Term, 1875, of the Superior Court of BEAUFORT county.

The action was brought by the plaintiff in his own behalf,
and in behalf of all other tax payers, &c., to restrain the col-
lection by the defendant, the Board of Commissioners of
Beaufort county, of the excess of tax levied by the defendant
over and above the amount allowed by law.

The following are the facts found by the court : The de-
fendant has levied a tax which, together with the State tax of
40 cents on the $100 valuation, amounts to $1.14 on the $100
valuation, being an excess of $47\frac{1}{3}$ cents over and above the
supposed limitation in the Constitution of $66\frac{2}{3}$ cents on $100
valuation.

The levy made by the defendant on property is absolutely
necessary to pay the expenses of the county, and that $26\frac{2}{3}$
cents, the unappropriated portion of the supposed limitation
not taken by the State, is not sufficient to pay as much as one-
third of the expense of the county for one year.

There is an existing debt against the county, contracted
since 1868 of about $8,000. The current expense of the
county from year to year is from $13,000 to $15,000.

The defendant endeavored to obtain possession of the rev-
enue act before the General Assembly adjourned, but failed to
do so, and could not ascertain to what extent the supposed
limit had been exhausted.

The defendant has observed the equation, and levied a tax
of $3.42 on the poll. The tax levied does not exceed double
the State tax.

Upon the hearing the court granted an order to the follow-

ing effect : that the defendant be enjoined from collecting for county purposes beyond twenty-six and two-thirds cents upon the hundred dollars valuation of property, and eighty cents upon the poll.

From this order the defendant appealed.

*Fowle.* for appellant.
*Gilliam & Pruden,* contra.

RODMAN J.   The only question presented in this case, is decided in *French* and *McRae* v. *Commissioners of New Hanover,* at this term.   It is unnecessary to repeat the reason there stated.

PER CURIAM.                         Judgment accordingly.